John D. HORTON, Petitioner,

v.

DEPARTMENT OF THE AIR FORCE, Respondent.

No. 01–3009.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2001.

Before NEWMAN, MICHEL, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36